UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 98-CV-73252 |
| | ) | |
| BAY-HOUSTON TOWING CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO ENTER CONSENT DECREE

Before the Court is Plaintiff's Unopposed Motion to Enter Consent Decree (filed August

3, 2006).  For the reasons stated in the motion, and because the relief requested is unopposed, the

motion is GRANTED and the Consent Decree lodged with the Court on June 22, 2006 (Dkt.

201) is ENTERED.

DONE AND ORDERED at Chambers in Detroit, Michigan, this 11th day of August,

2006.


s/ Avern Cohn
AVERN COHN
United States District Judge



Stipulated to for entry by:                          Submitted by:
s/with consent of Steven D. Weyhing          s/Andrew J. Doyle
101 S. Washington Square - 9th Floor         U.S. Department of Justice
Lansing, MI  48933                                   P.O. Box 23986
(517) 371-1400                                         Washington, D.C.  20026-3986
sweyhing@kelley-cawthorne.com              (202) 514-4427
                                                             andrew.doyle@usdoj.gov